UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _1-31-20_

---

LIONEL LEWIS,

                        Plaintiff,                 18-cv-5510 (JGK)

            - against -                            ORDER

CITY OF NEW YORK, ET AL.,

                        Defendants.

---

JOHN G. KOELTL, District Judge:

The parties should report to the Court within seven days

regarding the results of the mediation and to schedule any

further proceedings before the Court.


SO ORDERED.

Dated:      New York, New York
            January 30, 2020

                                                John G. Koeltl
                                        United States District Judge