UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――

LIONEL LEWIS,

                          Plaintiff,              18-cv-5510 (JGK)

            - against -                           ORDER

CITY OF NEW YORK, ET AL.,

                          Defendants.
―――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The case is referred to Magistrate Judge Netburn for

general pretrial matters.

SO ORDERED.


Dated:    New York, New York
          May 7, 2020              /s/ John G. Koeltl
                                      John G. Koeltl
                              United States District Judge