UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIONEL LEWIS,

                             **Plaintiff,**                                                  **18-CV-05510 (JGK)(SN)**

             -against-                                                      **ORDER**

**CITY OF NEW YORK, et al.,**

                            **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The parties appeared for a telephonic conference on May 15, 2020. As discussed at the conference, Plaintiff shall serve initial disclosures, responses to document requests, and HIPAA releases by Wednesday, May 20, 2020. Plaintiff shall serve responses to interrogatories by Friday, June 12, 2020. All other dates in the February 20, 2020 Civil Scheduling Order are unaffected.

**SO ORDERED.**

DATED:     May 15, 2020
               New York, New York

SARAH NETBURN
United States Magistrate Judge