```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIONEL LEWIS,

                         Plaintiff,                     18-CV-5510 (JGK)(SN)

        -against-                              **ORDER**

CITY OF NEW YORK, et al.,

                         Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     On September 3, 2020, the parties appeared for a telephonic discovery conference. As discussed at the conference, the following deadlines will apply in this case:

     By September 11, 2020, Plaintiff is ordered to correct discovery deficiencies and to file a letter confirming that discovery has been produced. The September 11, 2020 letter shall also include dates for the depositions of Plaintiff and Officer Raleigh.

     The deadline to complete discovery is extended to October 19, 2020. The Court will not grant further extensions of this deadline.

     Motions for summary judgment shall be filed by November 20, 2020. Oppositions are due by December 21, 2020. Replies, if any, are due by January 11, 2021.

**SO ORDERED.**

DATED:      September 3, 2020
                New York, New York