UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LIONEL LEWIS,

                           **Plaintiff,**                  18-CV-5510 (JGK)(SN)

        -against-                             **ORDER**

CITY OF NEW YORK, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Upon the application of the defendant for leave to take the deposition of plaintiff Lionel Lewis, an inmate, and the Court having granted leave for the taking of plaintiff Lionel Lewis's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Procedure:

       **IT IS HEREBY ORDERED** that the Warden or other official in charge of Franklin Correctional Facility, located in Malone, New York, produce inmate Lionel Lewis, NYSID No. 07882995Z, within the facility for the taking of his deposition by video conference on **October 5, 2020, commencing at 10:00 a.m**., and for so long thereafter as the deposition continues;

       **IT IS FURTHER ORDERED** that plaintiff Lionel Lewis appear in such place as designated by the Warden of other official in charge of Franklin Correctional Facility so that his deposition may be taken; and

       **IT IS FURTHER ORDERED** that a court reporter, designated by defendants as well as the attorneys for defendant and plaintiff, will also be present at the deposition.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2020

2

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 58.

**SO ORDERED.**

DATED:   September 15, 2020
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge

2