```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
LIONEL LEWIS,
                                              18-cv-5510 (JGK)
                    Plaintiff,
                                              ORDER
        - against -

CITY OF NEW YORK,

                    Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

As discussed at the pre-motion conference held on November 30, 2020, the defendant's motion for summary judgment is due by December 30, 2020. The plaintiff's response is due by January 29, 2021, and the defendant's reply is due by February 12, 2021.

**SO ORDERED.**

**Dated:**     **New York, New York**
               **November 30, 2020**

                                           _____/s/ John G. Koeltl_____
                                                   John G. Koeltl
                                     United States District Judge