```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**LIONEL LEWIS,**

                  **Plaintiff,**

       **- against -**

**CITY OF NEW YORK, ET AL.,**

                  **Defendants.**

**18-cv-5510 (JGK)**

<u>**ORDER**</u>

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff's response to the defendants' motion for summary judgment was due on January 29, 2021, but was not filed. The time for the plaintiff to respond is extended to February 26, 2021. The time for the defendants to reply is extended to March 12, 2021. If the plaintiff fails to submit papers in response to the motion, the motion will be decided on the papers already submitted.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **February 8, 2021**

                                                          /s/ John G. Koeltl
                                                                John G. Koeltl
                                                   **United States District Judge**