# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

LIONEL LEWIS,

                        Plaintiff,                      18 **CIVIL** 5510 (JGK)

            -against-                        **JUDGMENT**

CITY OF NEW YORK, ET AL.,

                      Defendants.

---------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated May 24, 2021, the Court has considered all of the arguments of the parties. To the extent not specifically addressed above, the remaining arguments are either moot or without merit. For the reasons explained above, the defendants' motion for summary judgment is granted, and the case is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York
          May 25, 2021

                                                          **RUBY J. KRAJICK**
                                                          _____
                                                              **Clerk of Court**
                              **BY:**
                                                               **Deputy Clerk**