UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIONEL LEWIS,

        Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

18-cv-5510 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The Court has filed an amended Memorandum Opinion and Order in this case to correct the date in the original Memorandum Opinion and Order, issued on May 24, 2021. No other changes have been made.

SO ORDERED.

Dated:    New York, New York
          June 24, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                               United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-24-2021