# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LIONEL LEWIS,

                      Plaintiff,                     18 **CIVIL** 5110 (JGK)

          -against-                          **JUDGMENT**

CITY OF NEW YORK, et al.,

                     Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Memorandum Opinion and Order dated June 24, 2021, the Court has considered all of the arguments of the parties. To the extent not specifically addressed in the Order, the remaining arguments are either moot or without merit. The defendants' motion for summary judgment is granted and judgment is entered dismissing this case with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
          June 25, 2021

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                             **Deputy Clerk**